**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

AMY JO FRIZZO,

        Plaintiff,

v.                                                        Case No. 6:14-cv-219-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 22), filed August 28, 2015; and

2. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 23 (R&R)), filed September 16, 2015.

On July 22, 2015, the Court adjudged Plaintiff the prevailing party in this social security appeal. (Doc. 21.) Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2421(d), Plaintiff's counsel now seeks costs in the amount of $400.00 and fees in the amount of $4,539.35. (Doc. 22 ("Motion").) Plaintiff requests that, if the U.S. Department of the Treasury determines Plaintiff does not owe a federal debt, the Court authorize payment of fees and costs directly to her counsel. (*Id.* at 2–3.) The Motion is unopposed. (*See id.* at 3.)

U.S. Magistrate Judge Kelly recommends that the Court grant the Motion only to the extent that Plaintiff seeks $400.00 in costs and $4,539.35 in fees. (Doc. 23, pp. 3–4.) To the extent that Plaintiff seeks an order directing the Defendant to pay Plaintiff's counsel

directly, Magistrate Judge Kelly recommends that the Court deny the Motion because a prevailing party cannot assign her rights to fees until there is a determination and an award of fees. (*Id.* (citing 31 U.S.C. § 3727(b)).)

Upon consideration, and in the absence of objection, the Court finds that U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation is due to be adopted and confirmed. *See* Fed. R. Civ. P. 72(b); *see also* 28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and recommendations).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 23) is **ADOPTED AND CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 22) is **GRANTED IN PART AND DENIED IN PART**.

    a. The Motion is **GRANTED** to the extent that Plaintiff seeks an award of $400.00 for costs and $4,539.35 for attorney's fees.

    b. In all other respects, the Motion is **DENIED**.

3. The Clerk is **DIRECTED** to enter a judgment in favor of Plaintiff and against Defendant in the total amount of $4,939.35.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record